UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :      **INFORMATION**

      - v. -                        :      (S1) 15 Cr.    (AJN)

JOSEPH P. DWYER,                  :

      Defendant.                   :

- - - - - - - - - - - - - - - - - x

**ORIGINAL**

**15 CRIM 385**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 1 8 2015

**COUNT ONE**

The United States Attorney charges:

1.  From at least in or about October 2011, through at least in or about November 2013, in the Southern District of New York and elsewhere, JOSEPH P. DWYER, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Sections 666(a)(1)(B) and 666(a)(2).

2.  It was a part and an object of the conspiracy that JOSEPH P. DWYER, the defendant, willfully, knowingly and corruptly would and did give, offer, and agree to give something of value to a person with intent to influence and reward an agent of a local government and an agency thereof, to wit, the New York City Police Department, in connection with a business, transaction, or series of transactions of such government and

agency involving something of value of $5,000 and more, said government and agency receiving, in a one-year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance and other form of Federal assistance, in violation of Title 18, United States Code, Section 666(a)(2).

## OVERT ACT

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

    a. In or about July 2012, JOSEPH P. DWYER, the defendant, provided a check in the amount of $500 to a New York City Police officer in exchange for information to which DWYER was not entitled.

(Title 18, United States Code, Section 371.)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSEPH P. DWYER,

Defendant.

INFORMATION

S1 15 Cr.    (AJN)

(18 U.S.C. § 371.)

PREET BHARARA
United States Attorney.

6/18/15 - Filed Superseding Information
ae       Filed Waiver of Indictment
                      Judy Gorenstein
                      USMJ.