UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Joseph P. Dwyer,

                        Defendant.

15 Cr. 385 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    For the reasons set forth on the record at the conference held on December 01, 2015, the Court relieved retained attorneys Mr. Steve Zissou and Ms. Sally J. Butler as counsel for the defendant and allowed the substitution of CJA attorney Mr. Guy Oksenhendler to represent the defendant. Mr. Oksenhendler shall promptly file a Notice of Appearance.

    IT IS FURTHER ORDERED that the Clerk of Court shall terminate the appearance of Mr. Zissou and Ms. Butler.

SO ORDERED:

Dated: December __, 2015
       New York, New York

_____
ALISON J. NATHAN
United States District Judge