**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street
Suite 1
Forest Hills, New York 10007
(917) 804-8869
goksenhendleresq@aol.com

January 12, 2016

VIA ECF

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10003

    Re:    *United States v. Joseph Dwyer*
              S1 15 Cr. 385 (AJN)
              Letter Motion to Request the Court Schedule a Change of Plea Hearing

Dear Judge Nathan:

    It is respectfully requested that Your Honor schedule a Change of Plea Hearing in the above-entitled case as new counsel for Mr. Dwyer and the government have come to an agreement after six weeks of negotiation. Counsel has spoken with Ms. Hadassa Waxman, Assistant United States Attorney for the Southern District of New York, and the parties are available for a Change of Plea Hearing on January 19, 2016 (any time of the day), the afternoon of January 20, 2016 or at any time on January 22, 2016, if those dates and times are convenient for the Court. Should Your Honor wish to have a United States Magistrate Judge hear the plea, the parties will immediately make such arrangements. Additionally, after learning of how Your Honor wishes to proceed with the Change of Plea Hearing, Ms. Waxman will forward a copy of the plea agreement to the Court for Your Honor's convenience.

    Should you have any questions regarding this or any other matter, please do not hesitate to contact counsel.

                                                    Very truly yours,

                                                    /s/ *Guy Oksenhendler*
                                                    Guy Oksenhendler